MARROW MANUFACTURING CORPORATION, Appellant, *v.* WALCO BEAD Co., INC., Respondent.

Argued November 12, 1946; decided November 27, 1946.

*Sydney A. Hellenbrand* for appellant.

*Edward F. Rosiny* for respondent.

*Harold Cohn* and *Kenneth V. Fisher* for Office of Price Administration, *amicus curiæ* in support of respondent's position.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.